1  ANDRÉ BIROTTE JR.
   United States Attorney
2  LEON W. WEIDMAN
3  Assistant United States Attorney
   Chief, Civil Division
4  DENNIS J. HANNA, CSBN 184475
5  Special Assistant United States Attorney
6          Social Security Administration
           333 Market St., Suite 1500
7          San Francisco, CA  94105
8          Telephone:  (415) 977-8962
           Facsimile:  (415) 744-0134
9          Email:  Dennis.Hanna@ssa.gov
10 Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| BELINDA ANN ONG, | ) No. 2:11-cv-06874-AGR |
|---|---|
| Plaintiff, | ) **JUDGMENT OF REMAND** |
| v. | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

    The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: March 13, 2012

                                          HON. ALICIA G. ROSENBERG
                                          UNITED STATES MAGISTRATE JUDGE