JENNIFER L. CHO (State Bar No. 174664)
LAW OFFICES OF SUSAN R. WASSERMAN
5055 Wilshire Blvd., Suite 340
Los Angeles, CA 90036
Telephone: 323-954-9600
Fax: 323-954-9616
E-mail: lawoffice5750@aol.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| BELINDA ANN ONG, | NO. 2:11-cv-06874-AGR |
| Plaintiff, | [PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

IT IS ORDERED that EAJA fees are awarded in the amount of two thousand, two hundred dollars and no cents ($2,200.00), and costs in the amount of three hundred fifty dollars and no cents ($350.00), subject to the provisions of the EAJA and subject to the terms of the stipulation between the parties.

Dated: April 26, 2012

_Alicia G. Rosenberg_
HON. ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE